IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| vs. | CIVIL ACTION NO.5:93CV135BR |
| Patsy K. Ernst Duffy Merritt | DEFENDANT |
| PATRICK A. DUFFY, M.D.<br>453 John R. Junkin Dr.<br>Natchez, MS 39120 | GARNISHEE |

**ORDER QUASHING GARNISHMENT**

This matter comes on for consideration on a Motion (#7) of the United States to quash the Writ of Garnishment (#5) issued in this action on March 25, 2010, on the grounds that the defendant is no longer employed by the garnishee;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action, be and it is hereby quashed, and the garnishee, Patrick A. Duffy, MD, is hereby dismissed.

ORDERED AND ADJUDGED this __27th__ day of __April__, 2010.

                __s/ David Bramlette__
                HONORABLE DAVID C. BRAMLETTE, III
                UNITED STATES DISTRICT JUDGE